Paul Caleo, State Bar No. 153925
Aimee Hamoy-Perera, State Bar No. 221228
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604

1901 Harrison Street, 14th Floor
Oakland, California  94612
Telephone:  (510) 444-6800
Facsimile:  (510) 835-6666
Email:      pcaleo@burnhambrown.com
            ahamoy-perera@burnhambrown.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC. (Erroneously sued herein as THE HOME DEPOT U.S.A., INC.)

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT VAN TASSELL, <br><br> Plaintiff, <br><br> v. <br><br> THE HOME DEPOT U.S.A., INC., DOES 1-25, inclusive, <br><br> Defendants. | No. 2:12-cv-12-9500-JGB (JCGx) <br><br> ~~[PROPOSED]~~ ORDER GRANTING STIPULATED DISMISSAL OF COMPLAINT |

IT IS HEREBY ORDERED that this action be dismissed in its entirety, with prejudice, each party to bear its own costs and fees.

IT IS SO ORDERED.

DATED: 5/23/2014

_____
HONORABLE JESUS G. BERNAL
U.S. DISTRICT JUDGE

4821-1907-4331, v.  1

JS-6